To: Clerk of the Court
Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard, Room 121
Columbus, OH - 43215

From: Gregory L. Horne #65660-060
FCI - Milan
P.O. Box 1000
Milan, MI - 48160

FILED
TIME 4:00P
AUG 17 2023
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO

28 U.S.C. 2241
EMERGENCY MOTION
FOR IMMEDIATE RELEASE
BY FIRST STEP ACT

2:23 CV 2647

RECEIVED
AUG 17 2023
RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

Case No. 4:18-cr-00261-1
Relating case No. 23-3598
USA v. Gregory Horne

JUDGE WATSON
MAGISTRATE JUDGE VASCURA

Defendant Gregory L. Horne # 65660-060, is respectfully requesting this Court to GRANT Defendant's Motion, herein. Defendant promulgates the motion before the Court in regards to the case no. 4:18-cr-00261-1.

Defendant is requesting the Court to GRANT Mr. Horne immediate release because he has been denied his 'First Step Act' time credit by the BOP unconstitutionally in violation of Due Process. The reason he was denied his First Step Act privileges was based only on a FALSE 'safety factor' according to the BOP unit team for Mr. Horne.

Mr. Horne was convicted of 'cocaine base' violations of 21 U.S.C. §§841 (a)(1) & 922(g)(1) charges. None of these charges warrant a saftey factor issue for denial of First Step Act. See **United States v. Richardson** (4th Cir. July 8, 2021) 852 Fed. Appx. 106 (Defendant with a 21 U.S.C. 841(a)(1), but the Court determined defendant qualified for relief under the First Step Act. (2021 U.S. App. LEXIS 2).

Neither has Mr. Hornes probation officer identified ANY 'safety factors' "that would adversely impact the Court's decision", **United States v. Jackson**, (7th Cir. May 20, 2019) U.S. Dist. LEXIS 84055 (2019 U.S. Dist. LEXIS 2) to grant him immediate release.

2241 EMERGENCY MOTION FOR RELEASE -1-

Further, had the BOP not forclosed First Step Act credit to Mr. Horne, the First Step Act credit he would have been awarded would have put him out the door.

Mr. Horne has filed the Administrative Remedy and has been rejected and forclosed from any remedy to getting his rightful First Step Time Credit. Because Mr. Horne is being denied his proper release date, he has filed habeas relief under 28 U.S.C. §2241 which "is the correct vehicle for a request that the BOP has calculated GCT credits incorrectly." See **United States v. Lowe**, No. 15-cr-11-1, 2019 U.S. Dist. LEXIS 138618, 2019 WL 3858603, at *2 (M.D.N.C. Aug. 16, 2019)(quoted in <u>Frazer v. Petrucci</u>, (2nd Cir. Nov. 8, 2019) U.S. Dist. LEXIS 196170.

Mr. Horne has completed numerous educational classes during his term of imprisonment and his disciplinary record is not unusual or server, given the length of his incarceration.
Of note worth mentioning, Mr. Horne was previously 'eligible' for First Step Act benifits at a previous FCI Institute, but when he made the move to Milan, his unit team deemed him suddenly 'ineligible' without any specifics why.

Mr. Horne moves this Court to (1) Adjust his First Step Act statice to eligible, (2) GRANT him his First Step credit time and (3) IMMEDIATELY release him in accordance with "FSA".

FURTHER YOUR AFFIANT SAYETH NOT

Respectfully submitted,                    Date:

_____                    _8/11/23_____
Gregory L. Horne #65660
FCI - Milan
P.O. Box 1000 -Milan, MI
48160

## MEMO

To: Clerk of the Court
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard, Room 121
    Columbus, OH - 43215

Dear Clerk of the Court,

There is a similar case to the one I am now raising, which is currently presiding in the Court of Appeals for the Sixth Circuit. That case is Case No. 23-3589, USA v. Gregory Horne. However, this 2241 was never meant to be an appeal, and the documents were simply sent to the 'wrong circuit court'. Mr. Hornes request to the Court, however, must be liberally construed. Mr. Horne meant for this 2241 to be litigated in the regular courthouse and not a court of appeals. The error in filing was simply due to Mr. Horne being a layman, with limited knowledge of court systems and proper filing.

The attorney for the government on case No. 23-3598, has been notified of this error, and it remains to see what this attorney will do about it. A letter was sent to him explaining the mistaken filing issue. The MEMO was sent to:

    Mr. David M. Toepfer - Office of the U.S. Attorney - 100 E.
    Federal Street, Suite 325  -  Youngtown, OH - 44503.
    Phone Number:?

The Case Manager is Gretchen S. Abruzzo, and can be contacted at: 513-564-7018

Thank you and be well,

            Respectfully submitted,

*Gregory L. Horne*                          Date: 8/11/23
Gregory L. Horne

NOTICE OF SERVICE OF PAPERS

    I Gregory L. Horne #65660-060, first duly sworn, and writing in pro se, state that I served by prison mailbox with postage properly paid, the following documents on the following addresses:

(1) MEMO
(2) EMERGENCY MOTION FOR IMMEDIATE RELEASE BY FIRST STEP ACT

(1) Clerk of the Court
    Joseph P. Kinneary U.S. Courthouse
    85 Marconi Boulevard, Room 121
    Columbus, OH - 43215

(2) Mr. David M. Toapfer
    Office of the U.S. Attorney
    100 E. Federal St.
    Suite 325
    Youngstown, OH 44503

Respectfully submitted,

_Gregory L. Horne_      8/11/23

Gregory L. Horne